Ernest Chen, SB#: 258561
**LAW OFFICES OF CHEN & LEE**
4616 Duckhorn Dr.
Sacramento, CA 95834
Telephone: 916-564-8700
Fax: 916-880-5601
Email: info@chenleelaw.com

Attorney for Claimant

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY APN:044-270-024-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 103357 BECKLEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1580-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 474 LAURELLEN ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 018-280-016, INCLUDING APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants. | Case No.: 2:18-CV-00748-KJM-CKD<br><br>VERIFIED CLAIM BY CLAIMANT, ZHONG YAN YANG |

1
VERIFIED CLAIM

**VERIFIED CLAIM**

Pursuant to Rule G(5) of Title XIII, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the , Claimant, Zhong Yan Yang, (herein after "Claimant"), by and through his attorneys at the Law Offices of Chen & Lee, hereby claim and demand the return and/or release of real property located at 6480 Marysville Road, Browns Valley, CA 95918, Browns Valley, California, County of Yuba (hereinafter "Claimed Property").

Claimant is the sole legal owner for Claimant Property and has an interest in the Claimed Property. Claimant is the landlord for Claimed Property. Claimant is informed and believes Claimed Property was occupied by legitimate tenant(s).

Claimant requests that:

1. Claimed Property not be ordered forfeited;
2. Release of lis pendens on Claimed Property;
3. Costs of suit.

Dated:  June 25, 2018                    Respectfully Submitted,

**LAW OFFICES OF CHEN & LEE**

By:   /s/ Ernest Chen_____

Ernest Chen, Attorney for Claimant