McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00748-KJM-CKD |
| Plaintiff, | |
| v. | NOTICE OF RECORDING OF LIS PENDENS |
| REAL PROPERTY LOCATED AT 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY, APN: 044-270-024-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 10357 BECKLEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1580-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 474 LAURELLEN ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 018-280-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

    NOTICE IS HEREBY GIVEN, that on April 17, 2018, the United States recorded a Lis Pendens with the Yuba County Recorder, as Document Number 2018-004433 for real property located

1  in Yuba County at 6480 Marysville Road, Browns Valley, California, APN: 044-270-024-000.  A
2  copy of the recorded lis pendens is attached hereto as Exhibit A.
3
4  Dated: 7/6/2018                                               McGREGOR W. SCOTT
                                                                 United States Attorney
5
6                                                        By:    /s/ Kevin C. Khasigian
                                                                 KEVIN C. KHASIGIAN
7                                                                Assistant U.S. Attorney

# EXHIBIT A

2018-004433
04/17/2018 10:30 AM Page 1 of 4
Total Fee: $23.00
Recorded in Official Records
County of Yuba State of CA
Terry A. Hansen
County Clerk and Recorder



REQUESTED BY AND WHEN
RECORDED MAIL TO:

McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00748-KJM-CKD |
| Plaintiff, | |
| v. | LIS PENDENS<br>NOTICE OF PENDING ACTION<br>[C.C.P. § 405] |
| REAL PROPERTY LOCATED 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY, APN: 044-270-024-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | Recorded Owner: Zhong Yan Yang |
| REAL PROPERTY LOCATED 10357 BECKLEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1580-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED 474 LAURELLEN ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 018-280-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, pursuant to Section 405 of the California Code of Civil

Procedure, that the above-entitled action concerns and affects the following real property located at

1 | 6480 Marysville Road, Browns Valley, California, Yuba County, APN: 044-270-024-000,

2 | ("defendant property") and more fully described in Exhibit A attached hereto.

3 |     Said action was commenced on April 3, 2018, in the above-named court by the United States

4 | of America, plaintiff, against real property located at 6480 Marysville Road, Browns Valley,

5 | California, Sacramento County, APN: 044-270-024-000, Zhong Yan Yang, as recorded owner. Said

6 | action is now pending in the above-named court.

7 |     The object of plaintiff's action is the civil forfeiture of the above-named defendant property

8 | pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

9 |     If the plaintiff's action is successful, title to the subject real property will vest in the United

10 | States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

11 | Dated: 4/3/2018

McGREGOR W. SCOTT
United States Attorney

By: _____
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
                    )
County of Sacramento )

On 4/3/18, before me, Tammy Teglia, Notary Public, personally appeared Kevin C. Khasigian, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Tammy Teglia_

TAMMY TEGLIA
Notary Public – California
Sacramento County
Commission # 2089133
My Comm. Expires Dec 5, 2018

2

# EXHIBIT A
Real property at 6480 Marysville Road, Browns Valley, California

Real property in the unincorporated area of the County of Yuba, State of California, described as follows:

PARCEL NO. 1:

PARCEL 2, AS SHOWN UPON PARCEL MAP NO. 88-15, ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF YUBA, STATE OF CALIFORNIA, ON JANUARY 3, 1989 IN BOOK 49 OF MAPS, AT PAGE 11.

PARCEL NO. 2:

AN EASEMENT FOR ROAD AND UTILITY PURPOSES 60 FEET IN WIDTH THE CENTER LINE OF WHICH BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE CENTER LINE OF MARYSVILLE ROAD AND THE MOST WESTERLY CORNER OF PARCEL 1 OF SAID PARCEL MAP NO. 88-15 ABOVE REFERRED TO; THENCE FROM SAID POINT OF BEGINNING OF THE LINE TO BE DESCRIBED HEREIN SOUTH 25° 24' 04" EAST A DISTANCE OF 2,001.33 FEET TO THE END OF THE LINE DESCRIBED HEREIN.

THE WESTERLY AND EASTERLY LINE OF SAID EASEMENT TO BE LENGTHENED OR SHORTENED TO TERMINATE ON THE CENTER LINE OF SAID MARYSVILLE ROAD THE NORTHERLY WESTERLY LINE OF PARCEL 2 ABOVE REFERRED TO.

APN: 044-270-024-000

# CERTIFICATE OF SERVICE BY PERSONAL SERVICE AND CERTIFIED MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on 4/6/18, she served a copy of the **Lis Pendens Notice of Pending Action** by placing said copy in a postpaid envelope addressed via certified mail to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California, and/or caused the documents to be personally served.

Addressee(s):

**PERSONAL SERVICE:**

Zhong Yan Yang
411 Cedar St.
Wyandotte, MI 48192

**CERTIFIED MAIL:**

Zhong Yan Yang
411 Cedar St.
Wyandotte, MI 48192

Zhong Yan Yang
6480 Marysville Road
Browns Valley, CA 95918

Capital Benefit Inc.
2727 Newport Blvd., #203
Newport Beach, CA 92663

*Tammy Jeglia*

4