McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00748-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF RECORDING OF LIS PENDENS |
| REAL PROPERTY LOCATED AT 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY, APN: 044-270-024-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 10357 BECKLEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1580-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 474 LAURELLEN ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 018-280-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, that on April 9, 2018, the United States recorded a Lis Pendens

with the Sacramento County Recorder, as Document Number 201804090194, for real property located

Notice of Recording of Lis Pendens

1  in Sacramento County at 10357 Beckley Way, Elk Grove, California, Sacramento County,

2  APN: 132-1580-060-0000.  A copy of the recorded lis pendens is attached hereto as Exhibit A.

3  Dated:   7/6/2018                                            McGREGOR W. SCOTT
                                                                United States Attorney
4

5
                                                 By:    /s/ Kevin C. Khasigian
6                                                       KEVIN C. KHASIGIAN
                                                        Assistant U.S. Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                        Notice of Recording of Lis Pendens

# EXHIBIT A

Sacramento County
**Donna Allred, Clerk/Recorder**

Doc # **201804090194**   Fees          $29.00

4/9/2018        9:28:13 AM   Taxes         $0.00
JLW             Electronic     PCOR          $0.00
Titles      1                        Paid          $29.00
Pages      4

1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                 2:18-CV-00748-KJM-CKD

12            Plaintiff,

13       v.                                    LIS PENDENS
                                               NOTICE OF PENDING ACTION
14  REAL PROPERTY LOCATED 6480               [C.C.P. § 405]
    MARYSVILLE ROAD, BROWNS VALLEY,
15  CALIFORNIA, YUBA COUNTY, APN: 044-
    270-024-000, INCLUDING ALL                Recorded Owner: Dong Mei Xue
16  APPURTENANCES AND IMPROVEMENTS
    THERETO,
17
    REAL PROPERTY LOCATED 10357
18  BECKLEY WAY, ELK GROVE,
    CALIFORNIA, SACRAMENTO COUNTY,
19  APN: 132-1580-060-0000, INCLUDING ALL
    APPURTENANCES AND IMPROVEMENTS
20  THERETO, and

21  REAL PROPERTY LOCATED 474
    LAURELLEN ROAD, MARYSVILLE,
22  CALIFORNIA, YUBA COUNTY, APN: 018-
    280-016, INCLUDING ALL
23  APPURTENANCES AND IMPROVEMENTS
    THERETO,
24
25            Defendants.

26       NOTICE IS HEREBY GIVEN, pursuant to Section 405 of the California Code of Civil

27  Procedure, that the above-entitled action concerns and affects the following real property located at

28
                                          1

1 | 10357 Beckley Way, Elk Grove, California, Sacramento County, APN: 132-1580-060-0000,

2 | ("defendant property") and more fully described as:

3 |
> The land referred to in this report is situated in the County of Sacramento, State of California, and is described as follows:

4 |

5 |
> Lot 80, as shown on the Map entitled "South Meadows Unit 1, Subdivision No. 02-358.1", in the City of Elk Grove, County of Sacramento, State of California, filed in the Office of the County Recorder of Sacramento County, California, on October 20, 2003, in Book 320 of Maps, at Page 5, as modified by the Certificate of Correction recorded January 20, 2004, in Book 2004-01-20, Page 529, Official Records.

6 |

7 |

8 | Said action was commenced on April 3, 2018, in the above-named court by the United States

9 | of America, plaintiff, against real property located at 10357 Beckley Way, Elk Grove, California,

10 | Sacramento County, APN: 132-1580-060-0000, Dong Mei Xue, as recorded owner. Said action is

11 | now pending in the above-named court.

12 | The object of plaintiff's action is the civil forfeiture of the above-named defendant property

13 | pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

14 | ///

15 | ///

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1   If the plaintiff's action is successful, title to the subject real property will vest in the United

2   States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3   Dated: 4/3/2018

McGREGOR W. SCOTT
United States Attorney

4

5   By: _____

6   KEVIN C. KHASIGIAN
Assistant U.S. Attorney

7   **ACKNOWLEDGMENT**

8   A notary public or other officer completing this certificate verifies only the identity of the individual
who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or
9   validity of that document.

10  State of California          )
                                 )
11  County of Sacramento         )

12  On 4/3/18 , before me, Tammy Teglia , Notary Public, personally appeared Kevin C.
13  Khasigian, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
14  person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

15  I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.
16

17  WITNESS my hand and official seal.

18  Signature _Tammy Teglia_

TAMMY TEGLIA
Notary Public – California
Sacramento County
Commission # 2089133
My Comm. Expires Dec 5, 2018

19

20

21

22

23

24

25

26

27

28

3

## CERTIFICATE OF SERVICE BY PERSONAL SERVICE AND CERTIFIED MAIL

1

2    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

3

4    That on    4/6/18         , she served a copy of the **Lis Pendens Notice of Pending Action** by placing said copy in a postpaid envelope addressed via certified mail to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California, and/or caused the documents to be personally served.

5

6

7    Addressee(s):

8    **PERSONAL SERVICE:**

9    Dong Mei Xue
     6022 7th Avenue, 3rd Floor
     Brooklyn, NY 11220

10

11   **CERTIFIED MAIL:**

12   Dong Mei Xue
     6022 7th Avenue, 3rd Floor
     Brooklyn, NY 11220

13

14   Dong Mei Xue
     10357 Beckley Way
     Elk Grove, CA 95757

15

16   Socotra Fund, LLC
     c/o Socotra Capital

17   2208 29th Street, Suite 100
     Sacramento, CA 95817

18

19                                              Tammy Joglia

20

21

22

23

24

25

26

27

28

4