McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00748-KJM-CKD |
| Plaintiff, | |
| v. | NOTICE OF RECORDING OF LIS PENDENS |
| REAL PROPERTY LOCATED AT 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY, APN: 044-270-024-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 10357 BECKLEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1580-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 474 LAURELLEN ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 018-280-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

   NOTICE IS HEREBY GIVEN, that on April 17, 2018, the United States recorded a Lis

Pendens with the Yuba County Recorder, as Document Number 2018-004434, for real property

1  located in Yuba County at 474 Laurellen Road, Marysville, California, APN: 018-280-016.  A copy of
2  the recorded lis pendens is attached hereto as Exhibit A.
3  Dated:  7/6/2018                                                    McGREGOR W. SCOTT
                                                                       United States Attorney

                                                            By:    /s/ Kevin C. Khasigian
                                                                   KEVIN C. KHASIGIAN
                                                                   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on ____7/6/18____, she served a copy of the **Notice of Recording of Lis Pendens** by placing said copy in a postpaid envelope addressed via first class mail to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Yifeng Ren
474 Laurellen Rd
Marysville, CA 95901

Yifeng Ren
4343 Forty Road
Lincoln, CA 95648

/s/ Tammy Teglia

(Original signature retained by attorney)

# EXHIBIT A

**2018-004434**
04/17/2018 10:30 AM Page 1 of 4
Total Fee: $23.00
Recorded in Official Records
County of Yuba State of CA
Terry A. Hansen
County Clerk and Recorder



REQUESTED BY AND WHEN RECORDED MAIL TO:

McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY, APN: 044-270-024-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 10357 BECKLEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1580-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED 474 LAURELLEN ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 018-280-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendants. | 2:18-CV-00748-KJM-CKD<br><br>LIS PENDENS<br>NOTICE OF PENDING ACTION<br>[C.C.P. § 405]<br><br>Recorded Owner: Yifeng Ren |

NOTICE IS HEREBY GIVEN, pursuant to Section 405 of the California Code of Civil Procedure, that the above-entitled action concerns and affects the following real property located at

1

474 Laurellen Road, Marysville, California, Yuba County, APN: 018-280-016, ("defendant property") and more fully described in Exhibit A attached hereto.

Said action was commenced on April 3, 2018, in the above-named court by the United States of America, plaintiff, against real property located at 474 Laurellen Road, Marysville, California, Yuba County, APN: 018-280-016, Yifeng Ren, as recorded owner. Said action is now pending in the above-named court.

The object of plaintiff's action is the civil forfeiture of the above-named defendant property pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

If the plaintiff's action is successful, title to the subject real property will vest in the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

Dated: 4/3/2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
                   )
County of Sacramento )

On 4/3/18, before me, Tammy Teglia, Notary Public, personally appeared Kevin C. Khasigian, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature /s/ Tammy Teglia

TAMMY TEGLIA
Notary Public – California
Sacramento County
Commission # 2089133
My Comm. Expires Dec 5, 2018

2

## EXHIBIT A
Real property at 474 Laurellen Road, Marysville, California

The land described herein is situated in the State of California, County of Yuba, unincorporated area, described as follows:

Portion of Lot 10, as shown on the map entitled, "Laurellen Tract", filed in the office of the County Recorder of Yuba County, California, in Book 3 of Maps, Page 26, and being more particularly described as follows:

Beginning at the Northwesterly corner of said Lot 10; thence North 89° 30' 00" East along the Northerly line of said Lot 10, a distance of 218.00 feet; thence South 0° 10' 00" West, a distance of 121.44 feet; thence South 47° 53' 13" East, a distance of 13.81 feet; thence South 00° 10' 00" West 133.22 feet to the Southerly line of said certain parcel of land described in Affidavit of Death-Trustee, recorded November 15, 2007, as instrument no. 2007R-019281, Official Records; thence South 89° 30' 00" West along said Southerly line, a distance of 225.20 feet to the Westerly line of said Lot 10; thence along said Westerly line, north 00° 30' 00" West, a distance of 264.00 feet, more or less, to the point of beginning.

EXCEPTING therefrom that portion conveyed to the County of Yuba, by Grant Deed recorded May 4, 1964, Book 392, Page 496, Official Records.

APN: 018-280-016

# CERTIFICATE OF SERVICE BY PERSONAL SERVICE AND CERTIFIED MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on 4/6/18, she served a copy of the **Lis Pendens Notice of Pending Action** by placing said copy in a postpaid envelope addressed via certified mail to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California, and/or caused the documents to be personally served.

Addressee(s):

**PERSONAL SERVICE:**

Yifeng Ren
7236 Lindale Drive
Sacramento, CA 95828

**CERTIFIED MAIL:**

Yifeng Ren
474 Laurellen Rd
Marysville, CA 95901

Yifeng Ren
7236 Lindale Drive
Sacramento, CA 95828

Yifeng Ren
4343 Forty Road
Lincoln, CA 95648

Zinc Financial, Inc.
1592 Shaw Avenue
Clovis, CA 93611

*Tammy Jeglia*

4