Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax:  (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholder, Socotra Fund, LLC

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA YUBA COUNTY, APN: 044-270-024-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENT THERETO, and<br><br>REAL PROPERTY LOCATED 10357 BECKLEY WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1580-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED 474 LAURELLEN ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 018-280-016, INCLUDING ALL APPURTENANCES AND | Case No. 2:18-cv-00748-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, SOCOTRA FUND, LLC**<br><br>Complaint Filed: April 3, 2018<br>Trial Date:  None Set |

IMPROVEMENTS THERETO,

Defendants.

**IT IS HEREBY STIPULATED** by and between claimant, Socotra Fund, LLC ("Claimant"), by and through its undersigned counsel, Larissa A. Branes, Esq. of Geraci Law Firm, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 10357 Beckley Way, Elk Grove, California 95757 ("Defendant Beckley Way"), which maintains the following legal description:

> The land referred to in this report is situated in the County of Sacramento, State of California, and is described as follows:
> Lot 80, as shown on the Map entitled "South Meadows Unit 1, Subdivision No. 02-358.1", in the City of Elk Grove, County of Sacramento, State of California, filed in the Office of the County Recorder of Sacramento County, California, on October 20, 2003, in Book 320 of Maps, at Page 5, as modified by the Certificate of Correction recorded January 20, 2004, in Book 2004-01-20, Page 529, Official Records.
> Assessor's Parcel Number: 132-1580-060;

2. The loan has since been satisfied and Claimant no longer has an interest in Defendant Beckley Way;

3. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on June 13, 2018 [Dk. 11] and its answer filed in the above-captioned case on June 22, 2018 [Dk. 14] with respect to the Defendant Beckley Way;

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned

VERIFIED CLAIM BY LIENHOLDER, SOCOTRA FUND, LLC, TO COMPLAINT FOR FORFEITURE OF REAL PROPERTY

case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Beckley Way is the *in rem* defendant.

5. Each party hereto is to bear its own costs; and

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: September 20, 2018  **GERACI LAW FIRM**

By: /s/ *Larissa A. Branes*
    Larissa A. Branes, Esq.
    Amy E. Martinez, Esq.
    Alexa P. Stephenson, Esq.
    Attorneys for Non-Party Claimant, Socotra Fund, LLC

Date: September 20, 2018  **MCGREGOR W. SCOTT**
United States Attorney

By: /s/ Kevin C. Khasigian
    Kevin C. Khasigian
    Assistant United States Attorney

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Socotra Fund, LLC ("the Stipulation") by Claimant, Socotra Fund, LLC ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimant's claim filed in the above-captioned case on June 13, 2018 [Dk. 11] is hereby deemed withdrawn.
3. Claimant's answer filed in the above-captioned case on June 22, 2018 [Dk. 14] is hereby deemed withdrawn.
4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 20, 2018.

_____
UNITED STATES DISTRICT JUDGE