PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY, APN: 044-270-024-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>  Defendants. | 2:18−CV−00748−KJM−CKD<br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
|---|---|

The United States and Claimant Zhong Yan Yang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 6480 Marysville Road, Browns Valley, California, Yuba County, APN: 044-270-024-000 ("defendant Marysville Road").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Marysville Road.  Thus, the stay would no longer be necessary for this property.[1]

 Gary Abrams, Trustee of the Gary Abrams Living Trust Dated 4/28/2008, filed a claim asserting a lien holder interest in defendant Marysville Road, and an Answer to the Complaint.  Claimant Zhong Yan

---

[1] The case would remain stayed as to the other *In Rem* Defendant.  This request is limited to defendant Marysville Road.

1

Yang filed a Claim and Answer to the Complaint regarding the defendant Marysville Road.  No other parties have filed a claim asserting an interest in defendant Marysville Road.

On or about August 30, 2018, escrow closed for defendant Marysville Road.  Gary Abrams, Trustee of the Gary Abrams Living Trust Dated 4/28/2008, was paid in full through escrow.  Gary Abrams, Trustee of the Gary Abrams Living Trust Dated 4/28/2008, withdrew his claim and answer on June 21, 2019.

The United States and claimant Zhong Yan Yang have reached a settlement regarding the net proceeds from the sale of the Marysville Road property.

Dated:  7/29/2024                                PHILLIP A. TALBERT
                                                 United States Attorney

                                          By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

Dated:  8-7-2024                                 /s/ Ernest Chen
                                                 ERNEST CHEN
                                                 Attorney for claimant Zhong Yan Yang
                                                 (Signature retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 6480 Marysville Road, Browns Valley, California, Yuba County, APN: 044-270-024-000.

IT IS SO ORDERED.

Dated:  August 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE