UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6480 MARYSVILLE ROAD, BROWNS VALLEY, CALIFORNIA, YUBA COUNTY, APN: 044-270-024-000, et al.,<br><br>Defendants. | No. 2:18-cv-00748-DC-CKD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE REGARDING REAL PROPERTY LOCATED AT 10357 BECKLEY WAY, ELK GROVE, CALIFORNIA |

On November 4, 2024, Plaintiff United States and Claimant Dong Mei Xue filed a stipulation for the entry of final judgment of forfeiture regarding real property located at 10357 Beckley Way, Elk Grove, California. (Doc. No. 40.)

Pursuant to that stipulation, the court finds the following:

1. This is a civil forfeiture action against three real properties, one of which is the real property located at 10357 Beckley Way, Elk Grove, California, Sacramento County, APN: 132-1580-060-0000 ("Defendant Property").

2. A Verified Complaint for Forfeiture In Rem ("Complaint") was filed on April 3, 2018, alleging that said Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7). (Doc. No. 1.)

3. On April 26, 2018, the Defendant Property was posted with a copy of the

1  Complaint and Notice of Complaint.

2      4.    Beginning on May 9, 2018, for at least 30 consecutive days, the United States
3  published Notice of the Forfeiture Action on the official internet government forfeiture site
4  www.forfeiture.gov. A Declaration of Publication was filed on July 13, 2018. (Doc. No. 21.)

5      5.    In addition to the public notice on the official internet government forfeiture site
6  www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or
7  entities related to this Defendant Property: Dong Mei Xue, and Socotra Fund, LLC.

8      6.    Claimant Dong Mei Xue filed a Verified Claim on May 29, 2018, and a Verified
9  Answer to the Complaint on June 27, 2018. Claimant Socotra Fund, LLC filed a Claim on June
10 13, 2018, claiming a lien holder interest in the Defendant Property, and an Answer to the
11 Complaint on June 22, 2018. No other parties have filed claims or answers regarding the
12 Defendant Property, and the time in which any person or entity may file a claim and answer has
13 expired.

14     7.    On June 18, 2018, escrow closed for the Defendant Property at 10357 Beckley
15 Way, Elk Grove, California, Sacramento County, APN: 132-1580-060-0000, and the United
16 States received a wire transfer in the amount of $160,049.86, which will be substituted in lieu of
17 the real property. Lien holder Socotra Fund, LLC was paid in full through escrow. Socotra Fund,
18 LLC withdrew their Claim and Answer on September 21, 2018. (Doc. No. 28.)

19     Based on the above findings, and the files and records filed in this action, the court orders
20 as follows:

21     1.    Judgment is hereby entered against claimants Dong Mei Xue and Socotra Fund,
22 LLC, and all other potential claimants who have not filed claims in this action.

23     2.    Upon entry of this Final Judgment of Forfeiture, $80,049.86 of the Approximately
24 $160,049.86 in net proceeds from the sale of the defendant real property located at 10357 Beckley
25 Way, Elk Grove, California, Sacramento County, APN: 132-1580-060-0000, together with any
26 interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United
27 States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

28     3.    Upon entry of this Final Judgment of Forfeiture, but no later than 60 days

1  thereafter, $80,000.00 of the Approximately $160,049.86 in net proceeds from the sale of the
2  defendant real property located at 10357 Beckley Way, Elk Grove, California, Sacramento
3  County, APN: 132-1580-060-0000, shall be returned to claimant Dong Mei Xue through attorney
4  J. Patrick McCarthy.

5      4.    The United States and its servants, agents, and employees are released from any
6  and all liability arising out of or in any way connected with the filing of the Complaint and the
7  posting of the defendant property with the Complaint and Notice of Complaint. This is a full and
8  final release applying to all unknown and unanticipated injuries and/or damages arising out of or
9  in any way connected with the filing of the Complaint and the posting of the Defendant Property
10 with the Complaint and Notice of Complaint, as well as those now known or disclosed. The
11 parties waived the provisions of California Civil Code § 1542.

12      5.    Claimant waived any and all claim or right to interest that may have accrued on the
13 money being forfeited in lieu of the defendant real property.

14      6.    All parties are to bear their own costs and attorneys' fees, if any.

15      7.    The U.S. District Court for the Eastern District of California, Hon. Dena M.
16 Coggins, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of
17 Forfeiture.

18      8.    Based upon the allegations set forth in the Complaint filed April 3, 2018, and the
19 Stipulation for Final Judgment of Forfeiture filed herein, the court enters this Certificate of
20 Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of
21 the Complaint and the posting of the Defendant Property with the Complaint and Notice of
22 Complaint, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:  **November 7, 2024**

_____
Dena Coggins
United States District Judge